UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA

| JAMES THOMAS RIPPS, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:11-cv-421-TWP-DML |
| | ) |
| JUDGE SALLY BLANKENSHIP, | ) |
| DEARBORN COUNTY PROSECUTOR, | ) |
| DEARBORN COUNTY SHERIFF, CITY | ) |
| OF GREENDALE, IN, | ) |
| | ) |
| Defendants. | ) |

**Entry and Order to Show Cause**

**I.**

No activity is reflected on the docket since this action was filed on March 28, 2011.

Rule 4(m) of the Federal Rules of Civil Procedure requires that a plaintiff serve the defendant within 120 days following the filing of the complaint. Fed.R.Civ.P. 4(m). If service is not made during this time period, the court, "on motion or on its own after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specific time." *Id.* If, however, "the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

The plaintiff shall have **through August 29, 2011,** in which to **show cause** why the time for service should be extended or why the action should not be dismissed based on the failure to serve process within the time specified in Rule 4(m).

**II.**

"A complaint must always . . . allege 'enough facts to state a claim to relief that is plausible on its face.'" *Limestone Development Corp. v. Village of Lemont, Ill.,* 520 F.3d 797, 803 (7th Cir. 2008) (quoting *Bell Atlantic Corp. v. Twombly,* 127 S. Ct. 1955, 1974 (2007)). The complaint lacks that plausibility, either from the absence of factual allegations showing involvement of the defendants or from the evident immunity of certain defendants for the conduct apparently attributed to them.

The plaintiff shall therefore also have **through August 29, 2011,** in which to **show cause** why this case should not be dismissed for failure to state a plausible claim for relief against any of the defendants.

**IT IS SO ORDERED.**

Date: 08/22/2011

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

James Thomas Ripps
P.O. Box 123
Moores Hill, IN  47302